**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| **In Re:** | : | **Case No. 24-10819 (OBK)** |
|---|---|---|
| | : | |
| Pratt Holding Company, LLC | : | Chapter 7 |
| | : | |
| Debtor. | : | |
| **In Re:** | : | **Case No. 24-10820 (OBK)** |
| | : | |
| Pratt Industries, LLC, f/k/a Pratt Industries, Inc. | : | Chapter 7 |
| | : | |
| Debtor. | : | |
| **In Re:** | : | **Case No. 24-10821 (OBK)** |
| | : | |
| W. Pratt Leasing, L.L.C. | : | Chapter 7 |
| | : | |
| Debtor. | : | |

**NOTICE OF RESCHEDULED SECTION 341 MEETING OF CREDITORS**

**TO: DEBTORS, DEBTORS' COUNSEL, ALL CREDITORS ON THE ATTACHED MATRIX AND THE UNITED STATES TRUSTEE:**

Please be advised that the Section 341 Meeting of Creditors for the above referenced case has been rescheduled to: **June 5, 2024 at 11:00 a.m. (EST)**

*Please also take notice that the Section 341 Meeting of Creditors for this case will be held virtually (via Zoom). Parties wishing to participate should use the following instructions: Go to www.Zoom.us/join. Enter meeting ID: 7856966934, Passcode: 0128776228; or to connect telephonically, call 1(856) 329-7752.*

4881-0058-2328.1 70957.00001

Dated: April 23, 2024

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 1986)
Timothy P. Cairns (DE Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:  ljones@pszjlaw.com
            tcairns@pszjlaw.com

*Counsel to the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| **In Re:** | : | **Case No. 24-10819 (OBK)** |
|---|---|---|
| | : | |
| Pratt Holding Company, LLC | : | Chapter 7 |
| | : | |
| Debtor. | : | |
| **In Re:** | : | **Case No. 24-10820 (OBK)** |
| | : | |
| Pratt Industries, LLC, f/k/a Pratt Industries, Inc. | : | Chapter 7 |
| | : | |
| Debtor. | : | |
| **In Re:** | : | **Case No. 24-10821 (OBK)** |
| | : | |
| W. Pratt Leasing, L.L.C. | : | Chapter 7 |
| | : | |
| Debtor. | : | |

**CERTIFICATE OF SERVICE**

I, hereby certify that on April 23, 2024, service of the within *Notice of Rescheduled Section 341 Meeting of Creditors* was made via e-notification by the Court upon all parties requesting same. Service of the within Notice will be made by first-class mail on April 23, 2024 as follows:

*All parties listed on the attached mailing matrix*

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: April 23, 2024    */s/ Timothy P. Cairns*
Timothy P. Cairns (DE Bar No. 4228)

4881-0058-2328.1 70957.00001

**Service List**

| | | |
|---|---|---|
| Baker, Donelson, Bearman, Caldwell & Berkowitz, PC<br>Attn: Tonya Mitchem Grindon<br>1600 West End Avenue<br>Suite 2000<br>Nashville, TN 37203 | Direct ChassisLink, Inc.<br>Attn: General Counsel<br>3525 Whitehall Park Dr.<br>Charlotte, NC 28273 | Four Holdings LLC<br>Attn: Beth Vorst<br>3903 North 800 West<br>West Lafayette, IN 47906 |
| Lease Line, Inc.<br>Attn: Glenn Garland<br>2310 Route 120<br>PO Box 7720<br>North Brunswick, NJ 8902 | LFM Capital Partners, LP<br>1312 3rd Avenue N.<br>Nashville, TN 37208 | Linde Inc.<br>Attn: Nasya Puntoriero<br>175 East Park Drive<br>Tonawanda, NY 14150 |
| National Chassis, LLC<br>1655 Louisiana Street<br>Beaumont, TX 77701 | National Highway Traffic Safety Administration<br>1200 New Jersey Avenue SE<br>Washington, DC 20590 | Nica Container Freight Line Inc.<br>Attn: Jakeline Lopez<br>357 Van Ness Way<br>Suite 230<br>Torrance, CA 90501 |
| Orgain Bell & Tucker, LLP<br>Attn: John Seth Bullard<br>470 Orleans Street<br>PO Box 1751<br>Beaumont, TX 77704 | Pratt Industries (U.S.), LLC<br>Attn: Beth Vorst<br>3903 North 800 West<br>West Lafayette, IN 47906 | Pratt Intermodal Chassis, LLC<br>Attn: Dave Manning<br>828 Royal Parkway @112<br>Nashville, TN 37214 |
| Stuart & Branigin LLP<br>Attn: David M. Stupich<br>300 Main Street<br>Suite 900<br>Lafayette, IN 47901 | | |